# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| QUINCETTA Y. CARGILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-1186-KOB-GMB |
| | ) |
| UNITED STATES | ) |
| OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report on October 21, 2022 recommending the dismissal of this action with prejudice under 28 U.S.C. § 1915A(b) as frivolous and for failing to state a claim upon which relief can be granted. Doc. 14. Although the Magistrate Judge advised the plaintiff of her right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed with prejudice as frivolous and for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Judgment.

DONE and ORDERED this 21st day of November, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE